UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYUNG I. KIM, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MARU & KITANO, INC., and HYUNG SUB LEE, an individual,

    Defendants.

1:17-cv-07016-KBF

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiffs accept Defendants' offer of judgment, dated July 5, 2018 (attached hereto as Exhibit A), made pursuant to Rule 68 of the Federal Rules of Civil Procedure, allowing Plaintiffs to take judgment against Defendants in this action in the amount of Sixty Thousand Dollars and Zero cents ($60,000). Pursuant to Defendants' offer, Plaintiffs agree that all claims against all Defendants shall be dismissed, with prejudice, upon receipt by Plaintiffs of the $60,000 judgment amount.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: July 19, 2018

By: _____
FISH & RICHARDSON P.C.
Michael Autuoro
Autuoro@fr.com
Jeffery Mok
jmok@fr.com
601 Lexington Ave, Fl. 52,

New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

URBAN JUSTICE CENTER
David Ureña
DUrena@urbanjustice.org
123 William St, 16th Floor
New York, NY 10038-3800
Telephone: (646) 602-5600
Facsimile: (212) 533-4598

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 19, 2018, to all counsel of record via First Class Mail.

| | |
|---|---|
| Scott R. Green | Attorneys for Defendants |
| Lawrence Han | Maru & Kitano, Inc., and Hyung Sub |
| Rivkin Radler LLP | Lee |
| 926 RXR Plaza | |
| Uniondale, New York 11556-0926 | |

on July 19, 2018.

/s/ *Neil B. Ramsaroop*
Neil B. Ramsaroop

41344802.doc

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BYUNG I. KIM, individually and on behalf
of all others similarly situated,

      Plaintiffs,

-against-

MARU & KITANO, INC., and
HYUNG SUB LEE, an individual,

      Defendants.
-------------------------------------------------------X

Index No.:
17-cv-07016-KBF

**OFFER OF JUDGMENT**

  Pursuant to Fed. R. Civ. P. 68, Defendants BYUNG I. KIM, individually and on behalf of all others similarly situated (collectively, "Defendants"), hereby serve upon Plaintiff MARU & KITANO, INC. and HYUNG SUB LEE, an individual ( collectively, "Plaintiffs") their offer to allow judgment to be taken against Defendants in the amount of Sixty Thousand Dollars and Zero cents ($60,000.00), inclusive of attorneys' fees. This Offer of Judgment is intended to resolve the litigation against all Defendants in its entirety. A condition of acceptance is that all claims against all Defendants be dismissed, with prejudice.

  This Offer of Judgment is made for the purposes specified in Rule 68, and if not accepted is not to be construed either as an admission that Defendants are liable in this action or that Plaintiffs have suffered any damage. If the offer is not accepted, in addition to any right, remedy, or defense which Defendants may have under Rule 68, in the event that judgment claimed by Plaintiffs is less favorable than the offer herein, Defendants will object to any request by Plaintiffs for attorneys' fees, costs, and expenses incurred after the date hereof.

Pursuant to Fed. R. Civ. P. 68, this Offer of Judgment shall only be valid for fourteen (14) days from the date of service hereof. If this Offer of Judgment is not accepted by Plaintiffs within fourteen (14) days, it shall be deemed withdrawn.

Dated:  Uniondale, New York
        July 5, 2018

                                        Rivkin Radler LLP
                                        *Attorneys for Defendants*

                                By:     _____/s/_____
                                        Scott R. Green, Esq.
                                        Lawrence Han, Esq.
                                        926 RXR Plaza
                                        Uniondale, New York 11556-0926
                                        (516) 357-3000
                                        (516) 357-3333
                                        Scott.Green@rivkin.com

TO:  FISH & RICHARDSON P.C.
     Michael Autuoro
     Jeffery Mok
     Autuoro@fr.com
     jmok@fr.com
     601 Lexington Ave, Fl. 52,
     New York, NY 10038-3800
     Telephone: (212) 765-5070
     Facsimile: (212) 258-2291

     URBAN JUSTICE CENTER
     David Ureña
     DUrena@urbanjustice.org
     123 William St, 16th Floor
     New York, NY 10038-3800
     Telephone: (646) 602-5600
     Facsimile: (212) 533-4598

4040524v1

STATE OF NEW YORK, COUNTY OF ss:

☐ **Attorney's Certification**
I, the undersigned, am an attorney admitted to practice in the courts of New York State, and certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation**
say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following:

The reason I make this affirmation instead of                                    is

I affirm that the foregoing statements are true under the penalties of perjury.
Dated:

STATE OF NEW YORK, COUNTY OF                              ss:
                              being sworn says: I am

☐ **Individual Verification**
in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

☐ **Corporate Verification**
the                              of
a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                              , 20

(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                              ss:
                              being sworn says: I am not a party to the action, am over 18 years of age and reside at
On                              , 20            , I served a true copy of the annexed
                              in the following manner:

☐ **Service By Mail**
by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☐ **Personal Service**
by delivering the same personally to the persons and at the addresses indicated below:

Sworn to before me on                              , 20

(Print signer's name below signature)

*Index No.* 17-CV-07016-kbf     *Year*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYUNG I. KIM, individually and on behalf of all others similarly situated,

                                                            Plaintiff(s),

-against-

MARU & KITANO, INC. and
HYUNG SUB LEE, an individual,.

                                                            Defendant(s).

## OFFER OF JUDGMENT

**RIVKIN RADLER LLP**

*Attorneys for*

DEFENDANTS
926 RXR PLAZA
UNIONDALE, NEW YORK 11556-0926
(516) 357-3000

FILE# _____ 575/1 _____/

To:

*Attorney(s) for*

*Service of a copy of the within*                                    *is hereby admitted.*

*Dated:*

............................................................................................

                              *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY — *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on*                    20

☐ NOTICE OF SETTLEMENT — *that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court,* *at*

*on*                              20   , at      M.

*Dated:*

                                        **RIVKIN RADLER LLP**
                              *Attorneys for*

                              926 RXR PLAZA
                              UNIONDALE, NEW YORK 11556-0926

To:                                          FILE# _____._____/