## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYUNG I. KIM, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br><br>  v.<br><br>MARU & KITANO, INC., and HYUNG SUB LEE, an individual,<br><br>   Defendants. | 1:17-cv-07016-KBF<br><br>**RULE 68 JUDGMENT** |

   Whereas pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiffs Byung I. Kim, Mann Joung Chon, Danny Jin Chung, Yang S. Han, Raymond K. Lee, and Pil Kwon Yoo to take a judgment against the Defendants in this action for the total sum of Sixty Thousand Dollars and Zero cents ($60,000.00), pursuant to Defendants' Offer of Judgment; on July 19, 2018, Plaintiffs' attorney having confirmed acceptance of Defendants' Offer of Judgment, it is,

   **ORDERED, ADJUDGED, AND DECREED**, That Plaintiffs Byung I. Kim, Mann Joung Chon, Danny Jin Chung, Yang S. Han, Raymond K. Lee, and Pil Kwon Yoo have judgment in the amount of $60,000.00 as against the Defendants Maru & Kitano, Inc. and Hyung Sub Lee.

Dated: New York, New York
   _____, 2018

       **SO ORDERED:**

      _____